IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JAMES SULLIVAN, on his behalf and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DISCOUNT PLUMBING, REESE PLUMBING HEATING & AIR CONDITIONING, INC. and RODNEY D. REESE,<br><br>Defendants. | Civil Action No.<br>5:04-CV-144-C |

## ORDER

Noting that no objection to Plaintiff's proposed Notice to Potential Plaintiffs has been made by Defendant, the Court hereby **APPROVES** the proposed Notice to Potential Plaintiffs with the following change: Consents must be filed by 9:00 a.m. on June 3, 2005.

SO ORDERED.

Dated May 16, 2005.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE